# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMELLE LEE RUSSELL,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
SCOTT N. FREEMAN, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 75446

FILED

MAY 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus challenging the district court's denial of a motion to suppress evidence. Because petitioner may raise any suppression issues on appeal if he is convicted, *see* NRS 177.015(3); NRS 177.045, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-18476

cc: Hon. Scott N. Freeman, District Judge
Washoe County Alternate Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A